UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-07561-ODW-MBK | Date | November 26, 2025 |
|---|---|---|---|
| Title | Kenton McDaniel v. L. Lundy | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS

Petitioner Kenton Michael McDaniel filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on August 11, 2025. Dkt. 1. The Court issued an Order Requiring a Response to the Petition on August 28, 2025. Dkt. 3. That Order set forth a briefing schedule, requiring Respondent to respond to the Petition by September 29, 2025, and for Petitioner to file an optional reply to the response by October 28, 2025. *Id.*

On September 24, 2025, Respondent filed a Notice of Motion and Motion to Transfer this case to the United States District Court for the Eastern District of California. Dkt. 5. On September 25, 2025, the Court received returned mail indicating that the Docket #3 was not delivered to Petitioner. After the Court conducted a search on the California Inmate Locator,[1] which indicated that Petitioner was in custody at the California State Prison, Los Angeles County, the Court issued an order amending the briefing schedule extending the deadline for Petitioner to file his opposition to Respondent's motion to dismiss to November 4, 2025. Dkt. 6. The Court sent that Order, along with Docket #3 and Docket #5, to the mailing address for California State Prison. Dkt. 6. The Order further required Petitioner to file a notice of change of address to keep the Court and all parties updated on his address on or before October 9, 2025. Dkt. 6.

However, as of the date of this Order, the Court has not received any notice of change of address for Petitioner, or Petitioner's response or opposition to Respondent's motion to dismiss. Petitioner is therefore ORDERED to show cause (meaning explain in writing) why this action should not be dismissed for failure to prosecute and for failure to

---

[1] https://ciris.mt.cdcr.ca.gov/search

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-07561-ODW-MBK | Date | November 26, 2025 |
|---|---|---|---|
| Title | Kenton McDaniel v. L. Lundy | | |

comply with Court orders, pursuant to Federal Rule of Civil Procedure 41. The Court further ORDERS the following:

1. Petitioner's response to this OSC will be due on or before **December 26, 2025.**

2. In the interests of justice, Petitioner is given one more opportunity to file his opposition to Respondent's motion to dismiss. The opposition shall be filed on or before **December 26, 2025.** The Motion will be taken under submission thereafter. The Court will notify the parties if it intends to set a hearing on the motion.

3. The Clerk shall promptly serve copies of: (a) the Court's initial Order Requiring a Response (Dkt. 3), (b) Respondent's Motion to Dismiss (Dkt. 5), (c) Notice of Reference to a U.S. Magistrate Judge (Dkt. 2), and (d) this Order on Petitioner. The Clerk shall use the following address for Petitioner, Consistent with the California Inmate Locator results as well as the address for Legal Mail at this facility:

   Kenton McDaniel
   CDCR Number: BT6248
   California State Prison, Los Angeles County (LAC),
   Facility A, A4, 106 Low,
   Los Angeles County Inmate's Housing,
   P.O. Box 4430,
   Lancaster, CA 93539-4430

   Kenton McDaniel
   CDCR Number: BT6248
   California State Prison, Los Angeles County (LAC)
   PO BOX 8457,
   Lancaster, CA 93539-8457

4. Petitioner is reminded that he must keep Court and all parties informed of any changes of address and the effective date of the change. If Petitioner has a new address, he must notify the court and all Parties, including the effective date of the change, on or before **December 9, 2025.**

\*\*\*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-07561-ODW-MBK | Date | November 26, 2025 |
|---|---|---|---|
| Title | Kenton McDaniel v. L. Lundy | | |

Petitioner is advised of the following requirements for preparing and submitting documents in this case. **Any document that does not comply with any of these requirements may be returned to Petitioner without filing and will not be considered by the Court**.

  1.  All documents sent to the Court should be addressed to: "Clerk, U.S. District Court, 255 E. Temple St., Los Angeles, CA 90012." No documents or letters should ever be sent to the judge or the judge's staff.

  2.  Each document must include the title and case number (including judges' initials). Documents should have at least a one-inch margin at the top of each page, and should be printed or neatly handwritten on one side of the paper only. No document may exceed <u>25 pages</u> in length (exclusive of tables and exhibits) without leave of court. This provision of the Local Rules applies to all briefs.

  3.  Petitioner must mail the Court the original and one copy of each document. Photocopies, printed copies, or clear handwritten copies are acceptable. The original and copy should be mailed in a single envelope. Petitioner should keep a copy of any document sent to the Court.

  4.  After any Respondent has filed an appearance in this action, Petitioner must file any future document with the Court and serve it on Respondent(s) by mailing a copy to defense counsel at the address given on court orders or defense filings. Petitioner <u>must</u> attach a "proof of service" to the document when it is filed with the Court. The proof of service must state that a copy of the filed document was mailed to the defense attorney and when it was mailed.

  5.  At the top of the first page of any document sent to the Court, Petitioner must give their name and mailing address, including prisoner number (if applicable), other identification number, and any other information needed for mail to be delivered. The Court will assume that the address is correct and will use it until informed otherwise. It is Petitioner's responsibility to notify the Court and defense counsel of any change of address and the effective date of the change. If Petitioner fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

**A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-07561-ODW-MBK | Date | November 26, 2025 |
|---|---|---|---|
| Title | Kenton McDaniel v. L. Lundy | | |

order or other mail served on a pro se Petitioner at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

**IT IS SO ORDERED.**