JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KENTON MICHAEL MCDANIEL,<br><br>                    Petitioner,<br><br>          v.<br><br>L. LUNDY,<br><br>                    Respondent. | Case No. 2:25-cv-07561-ODW-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: April 7, 2026



_____

HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE